Donald C. Thomas
Delaney, Wiles, Hayes,
    Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone:	(907) 279-3581
fax:	(907) 277-1331
e-mail:	dct@delaneywiles.com

Attorneys for Plaintiff
National General Assurance Company

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY, a Missouri corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MICHAEL E. LAMB, | )<br>) |
| Defendant. | )<br>) Case No. _____ CI |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff **National General Assurance Company** states it is a wholly-owned subsidiary of **GMAC Insurance Management Corp.** **GMAC Insurance Holdings, Inc.**, owns 100% of the stock of GMAC Insurance Management Corp. **General Motors Acceptance Corporation** owns 100% of the stock of GMAC Holdings, Inc. **General Motors Corporation** owns 100% of the stock of GMAC. General Motors is a publicly-traded corporation.

DATED at Anchorage, Alaska this _10_ day of January, 2006.

        DELANEY, WILES, HAYES,
        GERETY, ELLIS & YOUNG, INC.
        Attorneys for Plaintiff
        National General Assurance Company

        _/s/ Donald C. Thomas_
        Donald C. Thomas

112375