AO 440 (Rev. 5/85)   Summons in a Civil Action ⊛

# United States District Court

### For the _____ DISTRICT OF _____ Alaska

National General Assurance Company,

        Plaintiff,

        v.

Michael E. Lamb,

        Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06CV06(JWS)

TO: (Name and Address of Defendant)

        Michael E. Lamb
        1178 Skyline Drive
        Fairbanks, AK   99712

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Donald C. Thomas
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK   99501

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

IDA ROMACK

CLERK

_____
BY DEPUTY CLERK

DATE   January 10, 2006

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE January 18, 2006 |
|---|---|
| NAME OF SERVER Joan Fujimoto | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified / return receipt requested  (see attached)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan. 18, 2006
*Date*

*Signature of Server*

Delaney, Wiles
1007 W. 3rd, Suite 400
Anchorage, AK  99501
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Delaney, Wiles
1007 W. 3rd, Suite 400
Anchorage, AK  99501

Attn:  DCT - Lamb

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>Nichola Lamb  1/3/05 |
| 1. Article Addressed to:<br><br>Michael E. Lamb<br>1178 Skyline Drive<br>Fairbanks, AK  99712 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)<br>PS Form 3811, August 2001 | 7003 3110 0005 2102 8098  595-02-M-0835 |