Donald C. Thomas
Delaney, Wiles, Hayes,
   Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, AK  99501
phone:       (907) 279-3581
fax:         (907) 277-1331
e-mail:      dct@delaneywiles.com

Attorneys for Plaintiff
National General Assurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY, a Missouri corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL E. LAMB, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06CV06 (JWS) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), provides notice of its voluntary dismissal of this action before service by defendant of an answer or a motion for summary judgment.  Plaintiff waives any claim to an award of costs or attorney fees as to the filing of this lawsuit.

Respectfully submitted, this 15th day of February, 2006, at Anchorage, Alaska.

>	DELANEY, WILES, HAYES,
>	GERETY, ELLIS & YOUNG, INC.
>	Attorneys for Plaintiff
>	National General Assurance Company
>
>	*/s/ Donald C. Thomas*
>	_____
>	Donald C. Thomas

113657